<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

Carole L. Scheib,                                       :
                              Petitioner    :
                                                        :
            v.                              :          No. 336 M.D. 2022
                                                        :
Judith Friedman,                            :
                              Respondent    :

**<u>PER CURIAM</u>**                        **<u>O R D E R</u>**

NOW, December 15, 2023, upon review of Carole L. Scheib's (Petitioner) "Timely-Motion for Reconsideration" and request for Permission to File (collectively, Applications), the Applications are DEEMED DENIED. *See* 42 Pa. C.S. §5505 ("Except as otherwise provided or prescribed by law, a court upon notice to the parties may modify or rescind any order within 30 days after its entry, notwithstanding the prior termination of any term of court, if no appeal from such order has been taken or allowed."); *cf. Ness v. York Twp. Bd. of Comm'rs*, 123 A.3d 1166 (Pa. Cmwlth. 2015) (a trial court's jurisdiction generally extends for 30 days after entry of the final order; once 30 days has passed, the court is divested of jurisdiction to act).[1]

---

[1] This Court's docket reflects that Petitioner filed a "Timely-Motion for Allowance of Appeal" from our November 2, 2023, Order sustaining Respondent's preliminary objections and dismissing her Petition for Review. The Supreme Court administratively closed her appeal. *See Scheib v. Friedman* (Pa., No. 432 MT 2023, filed December 4, 2023).